### 38220. RAPER *v.* ELLIOTT.

GARDNER, Presiding Judge. This case is the same, except as to name and amounts of money involved, as the case of *Raper v. Smith*, ante, and is controlled by the ruling therein.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED APRIL 5, 1960—REHEARING DENIED APRIL 28, 1960.

*Vernon W. Duncan*, for plaintiff in error.
*Raymond Reed, Robert K. Ballew*, contra.

### 37781. HENDRIX *v.* STATE HIGHWAY DEPARTMENT.

NICHOLS, Judge. The judgment of this court (*Hendrix v. State Highway Dept.*, 100 *Ga. App.* 417, 111 S. E. 2d 635), reversing the judgment of the trial court, having been reversed by the Supreme Court of Georgia on certiorari (*State Highway Dept. v. Hendrix*, 215 *Ga.* 821, 113 S. E. 2d 761), the said judgment of this court is vacated and the judgment of the trial court is affirmed in accordance with the judgment of the Supreme Court.

*Judgment affirmed. Felton, C. J., and Gardner, P. J., Townsend, Carlisle, Bell, and Frankum, JJ., concur.*

DECIDED APRIL 28, 1960.

*Robert Edward Surles*, for plaintiff in error.
*Eugene Cook, Attorney-General, Paul Miller, E. J. Summerour, Assistant Attorneys-General, F. H. Boney*, contra.